**FILED**

SEP 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTIN,<br>JESSICA SANDERS,<br>MICHAEL ANDERSON, and<br>DIALLO MCLINN,<br><br>Defendants. | No. 07-70574 WDB<br><br>**ORDER TO UNSEAL CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT** |

Good cause appearing therefore, it is hereby ordered that the criminal complaint, affidavit in support of the criminal complaint, and all related papers in the above matter are unsealed.

DATED: September 26, 2007

_____
HON. NANDOR VADAS
United States Magistrate Judge