# BOND CONTINUATION/SUPPLEMENT

**CASE NUMBER:** 4-07-70574 WDB   **NAME OF DEFENDANT:** Michael Anderson

DEFENDANT WAS RELEASED ON _____
SUBJECT TO THE FOLLOWING CONDITIONS:

**FILED OCT 16 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

- [x] Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- [x] Defendant shall not commit any federal, state, or local crime.
- [x] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness or informant, juror or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513 on reverse side.
- [x] Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse
- [x] Defendant shall report in person, immediately upon release, and every_____, and by telephone every_____, by 4:00 p.m. to the U.S. Pretrial Office in _____. See addresses and telephone numbers on reverse side.
- [x] Defendant shall surrender all passports and visas to the Court by_____ and shall not apply for any other passports.
- [x] Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- [ ] Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

TO NOTIFY U.S. MARSHAL:   Monday through Friday, 8:00 a.m. to 4:30 p.m. (415) 436-7655
After hours, weekend and holidays   (800) 336-0102

- [x] Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
- [x] Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- [ ] The following conditions also apply:

See attached

**ADDITIONAL SURETIES:**

| NAME OF SURETY | ADDRESS | PHONE# |
|---|---|---|
| Patricia McCall | 4108 Howe St. Oakland, CA. | 510-919-7993 |

SIGNATURE OF SURETY: Patricia McCall   DATE: 10/16/07

| NAME OF SURETY | ADDRESS | PHONE# |
|---|---|---|
| | | |

SIGNATURE OF SURETY: Patricia McCall   DATE: 10/16/07

NAME OF CUSTODIAN   ADDRESS   PHONE#

SIGNATURE OF CUSTODIAN: Patricia McCall   DATE: 10/16/07