BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07 70574 WDB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| MICHAEL ANDERSON, | |
| Defendant. | |

Michael Anderson presently is residing at his mother's home in Oakland, California . He wishes to relocate to the Northern District of Georgia. He plans to reside at a home owned by his father, Elbert Anderson, where he has previously lived for a number of years. The address is 766 Dolly Dixon Lane, Clayton, Georgia. Mr. Anderson also desires to retain private counsel, and his father has offered him employment that will pay more than any employment he has been able to obtain here in the Bay Area. Mr. Anderson is compliant with all conditions of his pretrial release.

For these reasons, IT IS STIPULATED AND AGREED that Mr. Anderson may move to the Northern District of Georgia. He shall reside at 766 Dolly Dixon Lane, Clayton, Georgia. He shall continue to abide by all existing conditions of his release, and such other conditions as

Pretrial Services deems appropriate.

Dated: October ____, 2007

/S/
_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

Date: October 25, 2007

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: October ___, 2007

/S/
_____
PAUL MAMARIL
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the conditions of Michael Anderson's pretrial release are modified on the terms set forth in the foregoing stipulation. Mr. Anderson shall continue to abide by the existing conditions of his release, and by such other conditions as Pretrial Services, in this District and the Northern District of Georgia, deems appropriate.

Dated: October ____, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                              2