1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | No. 4-07 70574 WDB |
|---|---|---|
|   | ) |   |
12 | Plaintiff, | ) | STIPULATION AND ORDER |
|   | ) | MODIFYING CONDITIONS OF |
13 | vs. | ) | PRETRIAL RELEASE |
|   | ) |   |
14 | MICHAEL ANDERSON, | ) |   |
|   | ) |   |
15 | Defendant. | ) |   |
|   _____) |

16

17       Michael Anderson presently is residing at his mother's home in Oakland, California. He

18 wishes to relocate to the Northern District of Georgia. He plans to reside at a home owned by

19 his father, Elbert Anderson, where he has previously lived for a number of years. The address is

20 766 Dolly Dixon Lane, Clayton, Georgia. Mr. Anderson also desires to retain private counsel,

21 and his father has offered him employment that will pay more than any employment he has been

22 able to obtain here in the Bay Area. Mr. Anderson is compliant with all conditions of his pretrial

23 release.

24       For these reasons, IT IS STIPULATED AND AGREED that Mr. Anderson may move to

25 the Northern District of Georgia. He shall reside at 766 Dolly Dixon Lane, Clayton, Georgia.

26 He shall continue to abide by all existing conditions of his release, and such other conditions as

STIP/ORD                                    1

Pretrial Services deems appropriate.

Dated: October ____, 2007

/S/
_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

Date: October 25, 2007

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: October ___, 2007

/S/
_____
PAUL MAMARIL
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the conditions of Michael Anderson's pretrial release are modified on the terms set forth in the foregoing stipulation. Mr. Anderson shall continue to abide by the existing conditions of his release, and by such other conditions as Pretrial Services, in this District and the Northern District of Georgia, deems appropriate.

Dated: November  5 , 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                          2