```
1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>MICHAEL MARTIN, et al.,<br><br>  Defendants.<br>_____/ | CR 07-70574 WDB<br><br>**AMENDED THIRD STIPULATION TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT WITH RESPECT TO PRELIMINARY HEARING AND FILING OF FURTHER CHARGING DOCUMENTS** |

This matter is scheduled for preliminary hearing or arraignment on Friday, December 14, 2007, at 10:00 a.m.

The government provided as discovery over 1,400 pages of documents during the month of October. In early November, the government provided 10 CD-ROMs containing photographs and video recordings.

Additional discovery was produced as recently as December 5, 2007, consisting of further DEA-6 reports.

The parties have previously agreed and so stipulated to waive time for the preliminary hearing in order for counsel to have sufficient time to review the discovery and evaluate the prospect of pre-indictment resolution.

1      The parties had scheduled a meeting wherein counsel for all
2 parties would meet and confer.
3      However, the meeting did not go forward as planned, and as
4 of the time of writing, the parties are attempting to
5 reschedule.
6      The exclusion of additional time will facilitate the
7 prospect of meaningful discussions which could obviate the need
8 to consume judicial and public resources as well as some of the
9 defendants' resources with respect to investigation and
10 litigation of motions in preparation for trial.
11      In light of the foregoing, all of the defendants agree to
12 waive the necessary additional time pursuant to Fed.R.Crim.P. 5
13 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-
14 liminary hearing be extended to January 29, 2008, at 10:00 a.m.
15      All of the defendants are out of custody on bond.
16 Defendants each have consulted with their attorneys and
17 understand that they have the right to a preliminary hearing or
18 that further charging documents be presented and filed with the
19 Court on the day of or before said preliminary hearing.
20 Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and
21 voluntarily waive their rights to a preliminary hearing on
22 December 14, 2007, and agree to extend the time for preliminary
23 hearing until January 29, 2008.  The parties also agree that
24 good cause exists to grant the extension in light of the ongoing
25 discovery process and for the effective preparation of counsel
26 for the defendants.
27      The parties jointly request that the time between December
28 14, 2007, and January 29, 2008, be excluded under the Speedy

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  Trial Clock to allow defendants' counsel to review any
2  additional discovery and effectively prepare, taking into
3  account the exercise of due diligence.  See 18 U.S.C. §§
4  3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
5  "ends of justice served by the granting of such continuance
6  outweigh the best interests of the public and the defendant[s]
7  in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
8       Dated:  December 13, 2007

10  SCOTT N. SCHOOLS
    United States Attorney

12  /s/ SHASHI KEWALRAMANI
    H.H. (SHASHI) KEWALRAMANI
13  Assistant United States Attorney
    Attorney for the United States

15  /s/ SARA ZALKIN                        /s/
    SARA ZALKIN                            MICHAEL MARTIN
16  Attorney for MICHAEL MARTIN            Defendant

    /s/ RANDOLPH E. DAAR                   /s/
18  RANDOLPH E. DAAR                       JESSICA SANDERS
    Attorney for JESSICA SANDERS           Defendant

20  /s/ JEROME MATTHEWS                    /s/
    JEROME MATTHEWS                        MICHAEL ANDERSON
21  Attorney for MICHAEL ANDERSON          Defendant

    /s/  TED CASSMAN                       /s/
23  TED CASSMAN                            DIALLO McLINN
    LAUREL HEADLEY                         Defendant
24  Attorneys for DIALLO McLINN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-70574 WDB |
| Plaintiff, | [PROPOSED] ORDER GRANTING THIRD STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL ACT AND FOR PRELIMINARY HEARING |
| v. | |
| MICHAEL MARTIN, et al., | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter have filed a Third Stipulation to Waive Time Under the Speedy Trial Act and for Preliminary Hearing, seeking to waive and extend the time for the preliminary hearing and to exclude the time between December 14, 2007, through January 29, 2008, from the Speedy Trial Clock. The stipulation was signed by counsel of record as well as the defendants such that the defendants are knowingly and voluntarily waiving their rights to a preliminary hearing on December 14, 2007, and extending the preliminary hearing until January 29, 2008.

1	The stipulation noted that the government provided
2	discovery to defendants' counsel during the period previously
3	excluded (from October 26, 2007 to December 14, 2007).
4	Additional time will allow defendants' counsel to better
5	evaluate the case, including the prospect of early resolution at
6	the pre-indictment stage.  Counsel also acknowledged that an
7	exclusion of time under the Speedy Trial Act is appropriate to
8	allow for the effective preparation of defense counsel taking
9	into account the exercise of due diligence.  Good cause
10	appearing therefor,
11	**IT IS HEREBY ORDERED** that the period between December 14,
12	2007, and January 29, 2008, is excluded from the Speedy Trial
13	Clock to allow counsel to effectively prepare, taking into
14	account the exercise of due diligence.  18 U.S.C. §
15	3161(h)(8)(B)(iv).  The Court finds that the "ends of justice
16	served by the granting of such continuance outweigh[s] the best
17	interests of the public and the defendant in a speedy trial."
18	18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that
19	the defendants knowingly and voluntarily waived the period
20	between December 14, 2007, and January 29, 2008, such that
21	preliminary hearing is now scheduled for January 29, 2008 at
22	10:00 a.m.
23	Dated:

		_____
		WAYNE D. BRAZIL, Judge
		United States District Court