1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-08 0099 CW [WDB]
                                      )
12 |             Plaintiff,           ) APPLICATION FOR ORDERS DIRECTING
                                      ) U.S. MARSHAL TO ARRANGE FOR
13 | vs.                              ) NON-CUSTODIAL TRANSPORTATION
                                      ) AND DECLARATION OF JEROME E.
14 | MICHAEL ANDERSON,                ) MATTHEWS IN SUPPORT OF
                                      ) APPLICATION
15 |             Defendant.           )
   |_____)
16

17
        I, Jerome E. Matthews, declare:
18
        1. I am an Assistant Federal Public Defender and I am appointed counsel of record for
19
   defendant Michael Anderson in this action. I have personal knowledge of the facts set forth in
20
   this declaration and, if called as a witness, could and would testify competently regarding those
21
   facts under oath.
22
        2. Mr. Anderson lives at 766 Dolly Dixon Lane in Clayton, Georgia. He is employed by
23
   his father, but work is sporadic during the winter months. Upon reviewing Mr. Anderson's
24
   financial affidavit, this Court determined that Mr. Anderson qualified for representation by the
25
   Federal Public Defender.
26

APP/ORDER RE AIRFARE                    1

1        3. Mr. Anderson has no source of income other than that provided through employment
2  with his father. For this reason, he cannot afford to pay the airfare necessary to fly from Georgia
3  to Oakland, California, and back. The nearest major airport to Mr. Anderson's residence is
4  located in Atlanta, Georgia.
5        4. This matter is set for consent to this Court's jurisdiction, change of plea and
6  sentencing on April 7, 2008. Because Mr. Anderson is not financially able to pay the necessary
7  airfare, as described in paragraphs 2 and 3 of this declaration, I request that the Court direct the
8  U.S. Marshals to pay the costs of his airfare from Atlanta, Georgia to Oakland, California, and
9  back under 18 U.S.C. § 4285. AUSA Shashi Kewalramani does not oppose this application.
10       5. The U.S. Marshals have informed me that any order to pay airfare must be directed to
11 the district in which the defendant resides, and, further, that separate orders must issue for the
12 inbound and return trips. Accordingly, I am filing two proposed orders.
13       I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.
15       EXECUTED this 26th day of February, 2008, at Oakland, California.

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

APP/ORDER RE AIRFARE       2

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  No. CR-08 0099 CW [WDB]
                                         )
12 |                  Plaintiff,          )  [PROPOSED] ORDER DIRECTING U.S.
                                         )  MARSHAL TO ARRANGE FOR NON-
13 | vs.                                  )  CUSTODIAL TRANSPORTATION
                                         )
14 | MICHAEL ANDERSON,                    )
                                         )
15 |                  Defendant.          )
                                         )
16

17
          Defendant Michael Anderson, being required to appear in this Court on April 7, 2008,
18
   having qualified for legal representation at the government's expense, and good cause appearing
19
   therefor, IT IS ORDERED that the United States Marshal for the Northern District of Georgia
20
   arrange one-way non-custodial air transportation for Mr. Anderson to travel from Atlanta,
21
   Georgia to Oakland, California, on April 6, 2008.  Alternatively, the United States Marshal may
22
   furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.
23

24 | Dated: March ___, 2008              _____
                                         WAYNE D. BRAZIL
25                                       United States Magistrate Judge

26


ORDER RE AIRFARE                         1

BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08 0099 CW [WDB] |
| Plaintiff, | ) | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | ) | |
| MICHAEL ANDERSON, | ) | |
| Defendant. | ) | |

Defendant Michael Anderson, being required to appear in this Court on April 7, 2008, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Anderson to travel from Oakland, California to Atlanta, Georgia on April 7, 2008, or as soon thereafter as is feasible. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

Dated: March ___, 2008

                                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER RE AIRFARE                                    2