BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

FILED

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANDERSON,<br><br>Defendant. | No. CR-08-0099 CW [WDB]<br><br>[~~PROPOSED~~] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |

Defendant Michael Anderson, being required to appear in this Court on April 7, 2008, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Northern District of Georgia arrange one-way non-custodial air transportation for Mr. Anderson to travel from Atlanta, Georgia to Oakland, California, on April 6, 2008. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

Dated: March 28, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats
2 certified copies to Marshal, Copy to parties via ECF,
Sheilah.

ORDER RE AIRFARE    1