1　BARRY J. PORTMAN
　　Federal Public Defender
2　JEROME E. MATTHEWS
　　Assistant Federal Public Defender
3　555 - 12th Street
　　Suite 650
4　Oakland, CA 94607-3627
　　Telephone: (510) 637-3500
5
6　Counsel for Defendant MICHAEL ANDERSON

**FILED**

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8　　　　　　　　　IN THE UNITED STATES DISTRICT COURT

9　　　　　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　) | No. CR-08 0099 CW [WDB] |
| 　　　　　Plaintiff,　　　　　　　　　　) | [~~PROPOSED~~] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs.　　　　　　　　　　　　　　　　　) | |
| MICHAEL ANDERSON,　　　　　　　) | |
| 　　　　　Defendant.　　　　　　　　　) | |

　　　　Defendant Michael Anderson, being required to appear in this Court on April 7, 2008, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Anderson to travel from Oakland, California to Atlanta, Georgia on April 7, 2008, or as soon thereafter as is feasible. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　　　_/s/ Wayne D. Brazil_
　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: WDB's Stats, 2 certified copies to Marshal
Copy to parties via ECF, Sheilah

ORDER RE AIRFARE