1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR-08 0099 CW [WDB]
                                    )
12              Plaintiff,          )    AMENDED APPLICATION FOR ORDERS
                                    )    DIRECTING U.S. MARSHAL TO
13 vs.                              )    ARRANGE FOR NON-CUSTODIAL
                                    )    TRANSPORTATION
14 MICHAEL ANDERSON,               )    AND DECLARATION OF JEROME E.
                                    )    MATTHEWS IN SUPPORT OF
15              Defendant.          )    APPLICATION
   _____)

16

17

18      I, Jerome E. Matthews, declare:

19      1. I am an Assistant Federal Public Defender and I am appointed counsel of record for

20 defendant Michael Anderson in this action. I have personal knowledge of the facts set forth in

21 this declaration and, if called as a witness, could and would testify competently regarding those

22 facts under oath.

23      2. Mr. Anderson lives at 766 Dolly Dixon Lane in Clayton, Georgia. He is employed by

24 his father, but work is sporadic during the winter months. Upon reviewing Mr. Anderson's

25 financial affidavit, this Court determined that Mr. Anderson qualified for representation by the

26 Federal Public Defender.

APP/ORDER RE AIRFARE            1

3.  Mr. Anderson has no source of income other than that provided through employment with his father.  For this reason, he cannot afford to pay the airfare necessary to fly from Georgia to  Oakland, California, and back.  The nearest major airport to Mr. Anderson's residence is located in Atlanta, Georgia.

4.  This matter is to be set for consent to this Court's jurisdiction, change of plea and sentencing on April 17, 2008.  Because Mr. Anderson is not financially able to pay the necessary airfare, as described in paragraphs 2 and 3 of this declaration, I request that the Court direct the U.S. Marshals to pay the costs of his airfare from Atlanta, Georgia to Oakland, California, and back under 18 U.S.C. § 4285.  AUSA Shashi Kewalramani does not oppose this application.

5.  The U.S. Marshals have informed me that any order to pay airfare must be directed to the district in which the defendant resides, and, further, that separate orders must issue for the inbound and return trips.  Accordingly, I am filing two proposed orders.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 9th day of April, 2008, at Oakland, California.

/S/

_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08 0099 CW [WDB] |
| Plaintiff, | ) ) | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | ) ) | |
| MICHAEL ANDERSON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

        Defendant Michael Anderson, being required to appear in this Court on April 17, 2008,

having qualified for legal representation at the government's expense, and good cause appearing

therefor, IT IS ORDERED that the United States Marshal for the Northern District of California

arrange one-way non-custodial air transportation for Mr. Anderson to travel from Oakland,

California to Atlanta, Georgia on April 18, 2008, or as soon thereafter as is feasible.

Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip

in lieu of providing such transportation.

Dated: April ___, 2008                    _____
                                          WAYNE D. BRAZIL
                                          United States Magistrate Judge

ORDER RE AIRFARE                          1

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )    No. CR-08 0099 CW [WDB]
                                        )
12               Plaintiff,             )    [PROPOSED] ORDER DIRECTING U.S.
                                        )    MARSHAL TO ARRANGE FOR NON-
13 vs.                                  )    CUSTODIAL TRANSPORTATION
                                        )
14 MICHAEL ANDERSON,                    )
                                        )
15               Defendant.             )
   _____)
16

17

18        Defendant Michael Anderson, being required to appear in this Court on April 17, 2008,

19 having qualified for legal representation at the government's expense, and good cause appearing

20 therefor, IT IS ORDERED that the United States Marshal for the Northern District of Georgia

21 arrange one-way non-custodial air transportation for Mr. Anderson to travel from Atlanta,

22 Georgia to Oakland, California, on April 16, 2008.  Alternatively, the United States Marshal may

23 furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

24 Dated: April ___, 2008              _____
                                       WAYNE D. BRAZIL
25                                     United States Magistrate Judge

26

   ORDER RE AIRFARE                  1