1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. CR-08-0099 CW [WDB]
                                       )
12              Plaintiff,             )  [PROPOSED] ORDER DIRECTING U.S.
                                       )  MARSHAL TO ARRANGE FOR NON-
13  vs.                                )  CUSTODIAL TRANSPORTATION
                                       )
14  MICHAEL ANDERSON,                  )
                                       )
15              Defendant.             )
                                       )
16  _____)

17

18      Defendant Michael Anderson, being required to appear in this Court on April 17, 2008,

19  having qualified for legal representation at the government's expense, and good cause appearing

20  therefor, IT IS ORDERED that the United States Marshal for the Northern District of Georgia

21  arrange one-way non-custodial air transportation for Mr. Anderson to travel from Atlanta,

22  Georgia to Oakland, California, on April 16, 2008.  Alternatively, the United States Marshal may

23  furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

24  Dated: April 9, 2008

25                                          WAYNE D. BRAZIL
                                            United States Magistrate Judge
26

ORDER RE AIRFARE

cc: WDB's Stats   Copy to parties via ECF,
2 certified copies to Marshal,
Sheilah

FILED

APR 9 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND