1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

**FILED**

APR 9 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 0099 CW [WDB] |
| Plaintiff, | [PROPOSED] ORDER DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | |
| MICHAEL ANDERSON, | |
| Defendant. | |

Defendant Michael Anderson, being required to appear in this Court on April 17, 2008, having qualified for legal representation at the government's expense, and good cause appearing therefor, IT IS ORDERED that the United States Marshal for the Northern District of California arrange one-way non-custodial air transportation for Mr. Anderson to travel from Oakland, California to Atlanta, Georgia on April 18, 2008, or as soon thereafter as is feasible. Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip in lieu of providing such transportation.

Dated: April __, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

ORDER RE AIRFARE

cc: WDB's stats, Copy to parties via ECF
2 certified copies of Marshal, Sheilah