1    BARRY J. PORTMAN
     Federal Public Defender
2    JEROME E. MATTHEWS
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant MICHAEL ANDERSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-08 0099 CW [WDB]
                                        )
12                  Plaintiff,          )
                                        )    AMENDED ORDER DIRECTING U.S.
13   vs.                                )    MARSHAL TO ARRANGE FOR NON-
                                        )    CUSTODIAL TRANSPORTATION
14   MICHAEL ANDERSON,                  )
                                        )
15                  Defendant.          )
     _____)

16

17

18         Defendant Michael Anderson, being required to appear in this Court on April 17, 2008,

19   having qualified for legal representation at the government's expense, and good cause appearing

20   therefor, IT IS ORDERED that the United States Marshal for the Northern District of California

21   arrange one-way non-custodial air transportation for Mr. Anderson to travel from Oakland,

22   California to Atlanta, Georgia on April 17, 2008, or as soon thereafter as is feasible.

23   Alternatively, the United States Marshal may furnish the necessary fare for Mr. Anderson's trip

24   in lieu of providing such transportation.

25   Dated: April 11, 2008            _____ for
                                      Claudia Wilken
26                                    WAYNE  D. BRAZIL
                                      United States Magistrate Judge

ORDER RE AIRFARE                        1