1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MICHAEL ANDERSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR-08 0099 CW [WDB]
                                    )
12              Plaintiff,          )    [PROPOSED] ORDER DIRECTING
                                    )    CLERK OF THE COURT TO RELEASE
13 vs.                              )    AND MAIL PASSPORT
                                    )
14 MICHAEL ANDERSON,                )
                                    )
15              Defendant.          )
   _____)
16

17
       On April 17, 2008, this Court, following entry of a plea of guilty to a misdemeanor
18
   information, sentenced defendant Michael Anderson to two years probation.  Mr. Anderson
19
   surrendered his passport as a condition of his bond.  Mr. Anderson presently resides at 766 Dolly
20
   Dixon Lane in Clayton, Georgia, 30525.  Good cause appearing therefor, IT IS ORDERED that
21
   the Clerk of the Court release Mr. Anderson's passport, and IT IS FURTHER ORDERED that
22
   the Clerk mail the passport to Mr. Anderson at his address in Clayton, Georgia.
23

24 Dated: April ___, 2008                  _____
                                           WAYNE D. BRAZIL
25                                         United States Magistrate Judge

26

   ORDER RE PASSPORT                         1