1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00099 CW [WDB] |
|---|---|---|
| Plaintiff, | ) | ORDER DIRECTING CLERK OF THE COURT TO RELEASE AND MAIL PASSPORT |
| vs. | ) | |
| MICHAEL ANDERSON, | ) | |
| Defendant. | ) | |

On April 17, 2008, this Court, following entry of a plea of guilty to a misdemeanor information, sentenced defendant Michael Anderson to two years probation. Mr. Anderson surrendered his passport as a condition of his bond. Mr. Anderson presently resides at 766 Dolly Dixon Lane in Clayton, Georgia, 30525. Good cause appearing therefor, IT IS ORDERED that the Clerk of the Court release Mr. Anderson's passport, and IT IS FURTHER ORDERED that the Clerk mail the passport to Mr. Anderson at his address in Clayton, Georgia.

Dated: April 21, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER RE PASSPORT                1