04/21/2008 02:09 PM EST

Version 7.0.1

Oakland

## Case Debt Type Payment Report
### U.S. Courts

**FILED**
APR 2 2 2008
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Reg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN408CR000099 | | | US VS MCLINN | | | | |
| 003 | MICHAEL ANDERSON | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002082 | 1 | PR | 25.00 | 04/17/2008 |
| 004 | DIALLO MCLINN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002031 | 1 | PR | 25.00 | 04/07/2008 |
| | | | | | | | | Division Payment Total | 50.00 | |
| | | | | | | | | Grand Total | 50.00 | |

$ 25.00  SPECIAL ASSESSMENT  m  4/17/08
PAID IN FULL

Page 1 of 1